UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **ASTRID ROY** | : | **CASE NO. 3:22-cv-03346** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **SAFECO INSURANCE CO. OF OREGON** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #28], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #28] is **ADOPTED.** Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 23] be **GRANTED,** and that this matter and all of plaintiff's claims against Safeco Insurance Company of Oregon be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 24th day of January, 2024

_____
JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT